IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TONY N. BURELL AND/OR SUCCESSOR AND ASSIGNS,** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **CIVIL ACTION NO. 5:22-CV-379** |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I and CARRINGTON MORTGAGE SERVICES, LLC,** | § § § § § § § § | |
| *Defendants*. | § § | |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendants to be determined by this Court.  The Parties hereby stipulate that all claims and causes of action that were or could have been asserted against Defendants are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Agreed:

**MAYER LLP**
4040 Broadway Suite 240
San Antonio, Texas 78209
Tel: 214.379.6900 / Fax: 214.379.6939
By: */s/ Jason A. Wilkes*
Jason A. Wilkes
State Bar No. 24093368
JWilkes@mayerllp.com

**Bradley**

By: __/s/ Melissa Gutierrez_____
Jon H. Patterson
Texas Bar No. 24077588
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS | Birmingham, Alabama 35203-2104<br>Telephone: (205) 521-8403<br>Fax: (205) 488-6403<br>Melissa Gutierrez Alonso<br>Texas Bar No. 24087648<br>Fed. I.D. No. 2255351<br>malonso@bradley.com<br>600 Travis Street, Suite 4800<br>Houston, Texas 77002<br>(713) 576-0300 Telephone<br>(713) 576-0301 Telecopier<br>ATTORNEYS FOR DEFENDANTS |