UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONY N. BURELL, and/or Successor and Assigns, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND, SOCIETY, FSB as Trustee of Stanwich Mortgage Loan Trust I; and CARRINGTON MORTGAGE SERVICES, LLC; <br><br> Defendants. | § § § § § § § § § § § § § § | SA-22-CA-379-JKP |

## ORDER

In light of the parties' Stipulation of Dismissal (Docket Entry 4), filed on today's date, it is hereby **ORDERED** that the Initial Pretrial Conference on June 14, 2022, is hereby **CANCELLED** and the parties are excused from appearing on that date.

It is **FURTHER ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on June 8, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge